UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RINALDI,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>M. E. POULOS *et al.*,<br><br>　　　　　　Respondents. | Civil No. 08cv1637-L(POR)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION; AND (2) DENYING RESPONDENTS' MOTION TO DISMISS** |

　　　　Petitioner Joseph Rinaldi, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The case was referred to United States Magistrate Judge Louisa S. Porter for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(d). Respondents filed a motion to dismiss for failure to exhaust administrative remedies. Petitioner opposed the motion. On February 11, 2009 the Magistrate Judge issued a Report and Recommendation, recommending to deny Respondents' motion. Respondents have not filed any objections.

　　　　A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1). "The court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). When no objections are filed, the *de novo* review is waived.

Section 636(b)(1) does not require review by the district court under a lesser standard. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying *Reyna-Tapia* to habeas review).

In the absence of objections, the court **ADOPTS** the Report and Recommendation. For the reasons stated in the Report and Recommendation, Respondents' motion to dismiss is **DENIED**.

**IT IS SO ORDERED**.

DATED: April 3, 2009

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL