UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RINALDI,   )<br>   )<br>            Petitioner,   )<br>   )<br>v.   )<br>   )<br>   )<br>M. E. POULOS *et al.*,   )<br>   )<br>            Respondents.   )<br>_____   ) | Civil No. 08cv1637-L(POR)<br><br>**ORDER REGARDING PETITIONER'S LETTER REQUESTING COPIES OF DOCUMENTS** |

    Petitioner Joseph Rinaldi, proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, which was denied by order filed October 18, 2010. On July 12, 2011 the court received a letter from Petitioner requesting the Clerk to send him numerous documents. As appears evident from Petitioner's letter, he is no longer incarcerated and resides in San Diego, California. Petitioner is therefore able to visit the officer of Clerk of Court during business hours, review the docket of the court and request the documents he wishes to copy.

    The Clerk is hereby directed to update the docket to reflect Petitioner's new address.

    **IT IS SO ORDERED**.

DATED: July 18, 2011

                                                  M. James Lorenz<br>
                                                  United States District Court Judge

1  COPY TO:

2  HON. LOUISA S. PORTER
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL